ROSA M. CLARKSON, ADM'X, *Appellant,* v. BELLE WALTON BURDETTE, *Appellee.*

PER CURIAM—This cause coming on for final hearing upon transcripts of the record and briefs of the respective parties, and having been duly considered by Division A, and no reversible error being made to appear, it is, therefore, considered and ordered that the decree appealed from be and is hereby affirmed at the cost of the appellants.

This case as decided by Division A.

Appealed from the Circuit Court for Duval County.

*John E.* and *Julian Hartridge,* for Appellants;

*Baker & Baker,* for Appellees.